# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL.

VERSUS

OCCIDENTAL CHEMICAL COMPANY
AND TEXAS BRINE COMPANY, LLC

NO.  2019 CW 0848

OCT 17 2019

---

In Re:   National Union Fire Insurance Company of Pittsburgh, PA, and AIG Specialty Insurance Company (in their respective capacities as alleged Pre-2009 insurers of Texas Brine Company, LLC), applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE:   McDONALD, CRAIN, AND THERIOT, JJ.**

   **WRIT DENIED.** This court declines to exercise its supervisory jurisdiction. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

                    **JMM**
                    **WJC**
                    **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT